Michael F. Dwyer, Plaintiff in Error, vs. Thomas Nooney & Son, Defendants in Error.


## DIVISION A.


Writ of error to Circuit Court, Brevard county; Louis C. Massey, Referee.

*Robbins & Graham*, for Plaintiff in Error.

*John E. Hartridge*, for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.